**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **CANDELARIA VILLAL RODRIGUEZ,** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v.   )<br>)<br>**TARGET CORPORATION** )<br>)<br>)<br>**Defendant.** )<br>_____) | CIVIL ACTION NO. 5:20-cv-162 (MTT) |

## ORDER

On April 28, 2020, Defendant Target Corporation removed this case from the State Court of Houston County.  Doc. 1.  The original complaint sought damages from a slip and fall that occurred in one of the Defendant's stores in Warner Robins, Georgia.  Doc. 1-2 at 1-8.  The Plaintiff then filed an amended complaint because she "realized that the incident occurred at 5570 Roswell Road, Sandy Springs, Georgia which is located in Fulton County."  Doc. 7-1 at 2.  The Plaintiff asserts that she filed the complaint in Houston County by mistake and moves to transfer to the Northern District of Georgia.  Doc. 8-1 at 2.  The Defendant agrees that the appropriate venue is the Northern District of Georgia and requests that the case be transferred.  Doc. 9 at 1-2.

The Plaintiff's claims arise from events that transpired in the Northern District of Georgia, and the Defendant would appear to be located there.  Venue is therefore not appropriate in this Court, and a proper venue for this case would be the Northern District.  *See* 28 U.S.C. § 1391(b). The motion to transfer (Doc. 8) is therefore **GRANTED**, and the Clerk of Court is **ORDERED** to transfer this action to the Atlanta

-2-

Division of the United States District Court for the Northern District of Georgia.  *See* 28 U.S.C. § 1406(a) (authorizing district court to "dismiss, or if it be in the interest of justice, transfer such case to any district . . . in which it could have been brought"); 28 U.S.C. § 90(a)(2).

    **SO ORDERED**, this 2nd day of June, 2020.

S/ Marc T. Treadwell<br>
MARC T. TREADWELL, JUDGE<br>
UNITED STATES DISTRICT COURT